DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JONES

No. 395A91-3

Case below: Wake County Superior Court

Petition by defendant for writ of supersedeas denied 30 July 1996. Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County, denied 30 July 1996. Motion by defendant for remand denied 30 July 1996. Motion for defendant for discovery/preservation of audiotapes and documents held in possession of the State denied 30 July 1996.

STATE v. KEEL

No. 134A93-5

Case below: Edgecombe County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Edgecombe County, denied 30 July 1996. Petition by defendant for a writ of mandamus denied 30 July 1996.

STATE v. LYNCH

No. 242A93-2

Case below: Gaston County Superior Court

Upon the pro se petition by defendant for a writ of certiorari to review the order of the Gaston County Superior Court, defendant's 12 July 1996 execution is stayed and the case is remanded 26 June 1996 to the Gaston County Superior Court for a hearing pursuant to N.C.G.S. § 15-194, at which time the superior court shall set a new execution date and appoint counsel to represent defendant in the filing of a new motion for appropriate relief.

STATE v. McCOY

No. 258P96

Case below: 122 N.C.App. 482

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.